**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

SANDRA JOHNS, as Personal
Representative of the Estate of
CHARLES C. GUERNSEY,
deceased, and individually, and
M.B., a minor, by and through her
natural guardian, STEVIE BELL
GIBSON,

       Plaintiffs,

v.                         Case No.  3:26-cv-1320-MMH-MCR

STEPHEN D. HICKS, individually,
and JACKSONVILLE SHERIFF'S
OFFICE,

       Defendants.

                                      /

## **O R D E R**

**THIS CAUSE** is before the Court <u>sua</u> <u>sponte</u>. Upon review of Plaintiffs'

Complaint and Jury Demand (Doc. 1; Complaint), filed May 19, 2026, and the

attached documents, the Court finds that Plaintiffs have failed to redact the

documents as required by the Federal Rules of Civil Procedure (Rule(s)) and the

Administrative Procedures for Electronic Filing in this Court (CM/ECF Admin.

P.). Under Rule 5.2,

> Unless the court orders otherwise, in an electronic or paper filing
> with the court that contains an individual's social-security
> number, taxpayer-identification number, or birth date, the name

> of an individual known to be a minor, or a financial-account number, a party or nonparty making the filing may include only:
>
> > (1) the last four digits of the social-security number and taxpayer-identification number;
> > (2) the year of the individual's birth;
> > (3) the minor's initials; and
> > (4) the last four digits of the financial-account number.

See Fed. R. Civ. P. 5.2(a); see also CM/ECF Admin. P., Part H. Here, the Complaint and an attached exhibit include the full name of an individual known to be a minor in direct violation of this Rule. See, e.g., Complaint at 1; Notice of Claim Pursuant to Florida Statutes § 768.28(6) and Jacksonville Ordinance Code Chapter 115 (Doc. 1-1; Notice) at 1. Additionally, although the attached Civil Cover Sheet (Doc. 1-2) is not fully legible, it appears as though it may contain text with the minor individual's name that would be visible to digital document readers. See Civil Cover Sheet at I.a.

Significantly, this Court's Administrative Procedures make clear that the obligation to properly redact personal identifiers falls entirely on the filing party. See CM/ECF Admin. P., Part H, ¶ 1 ("Every lawyer and pro se litigant is responsible for redacting personal identifiers before filing any documents with the Court."). In an abundance of caution, the Court has already directed the Clerk of the Court to place the Complaint, Notice, and Civil Cover Sheet under seal. The Court will now strike these documents, direct the Clerk of the Court to remove them from the docket, and direct Plaintiffs to file properly redacted

versions. The Court will also direct Plaintiffs' counsel to review Rule 5.2 and Part H of the Court's Administrative Procedures and file a notice on the Court docket certifying that:

1) Counsel has read the relevant rules; and

2) Counsel has ensured that appropriate and effective methods of redaction will be used for all future filings.

While the Court recognizes that redaction errors are generally inadvertent, these errors are not without harm and greater care must be taken to protect personal identifying information <u>before</u> it is filed on the docket. Indeed, in the Court's experience, once a document is filed on the public docket it is almost immediately picked up by legal research services where it may remain available to the public indefinitely. As such, counsel is cautioned that failure to comply with the redaction rules going forward may warrant sanctions.

Accordingly, it is

**ORDERED**:

1. Plaintiffs' Complaint and Jury Demand (Doc. 1), Notice of Claim Pursuant to Florida Statutes § 768.28(6) and Jacksonville Ordinance Code Chapter 115 (Doc. 1-1), and Civil Cover Sheet (Doc. 1-2) are **STRICKEN**, and the Clerk of the Court is directed to **remove** these documents from the Court docket.

2.    Plaintiffs shall have up to and including **June 4, 2026**, to file properly redacted copies of these documents.

3.    On or before **June 4, 2026**, Plaintiffs' counsel shall file a notice on the Court docket certifying that 1) counsel has read Rule 5.2 and Part H of the CM/ECF Administrative Procedures, and 2) counsel has ensured that appropriate and effective methods of redaction will be used before all future filings.

    **DONE AND ORDERED** in Jacksonville, Florida, on this 20th day of May, 2026.

**MARCIA MORALES HOWARD**
United States District Judge

lc33

Copies to:
Counsel of Record

- 4 -